```
IN THE UNITED STATES DISTRICT COURT FOR
   THE SOUTHERN DISTRICT OF GEORGIA
            SAVANNAH DIVISION
```

JASON MILLER, on his own )
behalf and all similarly )
situated individuals, )
 )
    Plaintiff, )
 )
v. )   CASE NO. CV414-007
 )
GARIBALDI'S INC., a Georgia )
for-profit corporation; and )
THE OLDE PINK HOUSE, INC., a )
Georgia for-profit )
corporation; )
 )
    Defendants. )
_____)

## O R D E R

    On March 13, 2015, the Court granted Plaintiff's Motion to Certify Class and directed the parties to confer as to the appropriate contents of any notice to potential class members. (Doc. 38.) Plaintiff has submitted the proposed notice (Doc. 37) and Defendant has not filed any objections. Based on the Court's review of the proposed notice and Defendant's lack of objection, Plaintiff's proposed notice is **APPROVED**.

    Within ten days of the date of this order, Defendant shall provide Plaintiff with a list of all potential plaintiffs in this case, including full name, date of employment, last known address, last known telephone number, and last known email address for each potential plaintiff. Upon receipt of this

information, Plaintiff shall mail the approved notice via first class mail to each individual at Plaintiff's expense. Absent Court approval, Counsel for Plaintiff is prohibited from any unsolicited contact with potential class members who have failed to remit to Plaintiff an executed consent form.

SO ORDERED this 20th day of July 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA