IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JASON MILLER, on his own behalf and all similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 4:14-cv-00007-WTM-GRS |
| GARIBALDI'S, INC., a Georgia for-profit corporation, and THE OLDE PINK HOUSE, INC., a Georgia for-profit corporation, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**THIS CAUSE** having come before this Court upon the parties' Agreed Motion for Extension of Dispositive Motion Deadline ("Agreed Motion"), and this Court being fully advised in the premises, it is hereupon:

**ORDERED AND ADJUDGED** that the parties' Agreed Motion for Extension of Dispositive Motion Deadline filed herein on September 20, 2016 is hereby **GRANTED**.

**DONE AND ORDERED** in Chambers in Savannah, Georgia this 29 day of September, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA