IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JASON MILLER, on his own )
behalf and all similarly )
situated individuals, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-007
)
GARIBALDI'S INC., and THE )
OLDE PINK HOUSE, INC., )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Joint Motion for Settlement Approval. (Doc. 126.) Under the Fair Labor Standards Act ("FLSA"), this court must scrutinize any proposed FLSA settlement. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354 (11th Cir. 1982). This Court will approve a compromised claim only if the settlement "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." Id.; see 29 U.S.C. § 216(b). After careful consideration, the Court finds that the settlement is a fair and reasonable resolution of the parties' bona fide dispute. Accordingly, the motion is **GRANTED** and the accompanying settlement agreement (Doc. 126, Ex. A.) is **APPROVED**. As a result, the case is

**DISMISSED WITH PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 18th day of September 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA